UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER J WASHINGTON,

    Plaintiff,

    v.

M ATCHLEY, et al.,

    Defendants.

Case No. 21-cv-01584-JD

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner acting pro se, filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: April 27, 2021

JAMES DONATO
United States District Judge