UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J WASHINGTON,<br>　　　　Plaintiff,<br>　　v.<br>P. SULLIVAN, et al.,<br>　　　　Defendants. | Case No. 21-cv-01584-JD<br><br>**ORDER RE MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 27 |

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on May 2, 2022. Plaintiff was provided an extension and an opposition was due on July 14, 2022. Plaintiff had not filed an opposition or otherwise communicated with the Court, so he was provided until August 29, 2022, to file an opposition. He again failed to file an opposition or otherwise communicate with the Court. Plaintiff was provided one last opportunity to file an opposition by September 30, 2022 and was informed that failure to meet this deadline would result in dismissal. He has not filed an opposition or otherwise communicated with the Court.

Consequently, the case is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The pending motion for summary judgment (Dkt. Nos. 25) is denied as moot.

**IT IS SO ORDERED.**

Dated: October 14, 2022

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　United States District Judge